

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE H. EISEN | : CIVIL ACTION |
| Plaintiff, | : |
| v. | : NO. 06-5115 |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : |
| Defendant | : |

**ORDER**

AND NOW, this 6th day of December, 2007, upon consideration of Plaintiff's Motion for Summary Judgment, Memorandum of Law in support, and Defendant's Response thereto, and after careful review of the Report and Recommendation of United States Magistrate Judge Arnold C. Rapoport, IT IS ORDERED that:

    1. the Report and Recommendation is APPROVED and ADOPTED; and

    2. Plaintiff's Motion for Summary Judgment is GRANTED and the matter is REMANDED to the Commissioner of Social Security.

BY THE COURT:

Norma L. Shapiro, J.